

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2025

No. 04-25-00424-CR

**EX PARTE Saul GARCIA-CAMILO**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2024CRB001496L2
Honorable Leticia Martinez, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
Lori Massey Brissette, Justice
H. Todd McCray, Justice

In accordance with this court's opinion of this date, we **DISMISS** Saul Garcia-Camilo's appeal.

It is so **ORDERED** on December 3, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court